No. 95–1465. VILLAGE OF DEPEW v. GUMMO. C. A. 2d Cir. Certiorari denied.

No. 95–1470. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND v. SHERWIN-WILLIAMS CO. C. A. 7th Cir. Certiorari denied.

No. 95–1471. MOTLEY v. MARATHON OIL CO. C. A. 10th Cir. Certiorari denied.

No. 95–1473. PRAXAIR, INC. v. FLORIDA POWER & LIGHT CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–1474. NEW MEXICO DEPARTMENT OF HUMAN SERVICES ET AL. v. JOSEPH A. ET AL., BY THEIR NEXT FRIEND, WOLFE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1479. WHEREHOUSE ENTERTAINMENT, INC., ET AL. v. MCMAHAN & CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–1486. HOLMES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–1502. FOX v. HINSON, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 95–1518. FLORIDA v. FRAZIER. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 95–1519. YOUNG v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–1520. ARIZONA ET AL. v. HOOK ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1536. FLORIDA v. DUPONT. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 95–1541. HENNESSEY v. BLALACK ET AL. C. A. 5th Cir. Certiorari denied.